## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JOSEPH CRUSE, Reg. # 25076-045                                                                PETITIONER

v.                              No. 2:15CV00130 JLH/JTR

CV RIVERA,
Warden, FCI Forrest City                                                                       RESPONDENT

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the § 2241 Petition for a Writ of Habeas Corpus, along with Petitioner's Motion for Temporary Restraining Order, are DISMISSED, WITH PREJUDICE. Documents #1 and #9.

DATED this 2nd day of February, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE